IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| IN RE: | : | Case No. 16-30607 |
| | | Chapter 7 |
| NORMAN G. SULLIVAN, JR., | : | Judge Guy R. Humphrey |
| Debtor. | : | |

| | | |
|---|---|---|
| DONALD F. HARKER, III, CHAPTER 7 | : | |
| TRUSTEE IN BANKRUPTCY | | ADV. PRO. NO. 17-3035 |
| Plaintiff/Trustee | : | |
| V. | : | |
| NCP FINANCE OHIO, LLC | : | |
| Defendant. | | |
| | : | |

### <u>NOTICE OF DISMISSAL OF ADVERSARY PROCEEDING</u>

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Bankruptcy Procedure 7041

and Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses this action in

its entirety due to receipt of payment of the full preference amount.  An answer has not been

filed.

Respectfully submitted,

COOLIDGE WALL CO., L.P.A.

*/s/ Patricia J. Friesinger*

_____
Patricia J. Friesinger (0072807)
33 West First Street, Suite 600
Dayton, Ohio 45402
Tel: 937/223-8177  Fax: 937/223-6705
E-Mail: friesinger@coollaw.com

*Counsel for Plaintiff/Trustee Donald
F. Harker, III*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was sent electronically or by ordinary United States mail, as shown below, to the following listed persons, on the date of filing.

*Via the Court's ECF Noticing Service to:*

*Via regular U.S. Mail, postage pre-paid to:*

NCP Finance Ohio, LLC
c/o Richard A. Broock, Statutory Agent
1 South Main Street, Ste. 1300
Dayton, OH 45402

*/s/ Patricia J. Friesinger*

_____

Patricia J. Friesinger

w:\wdox\client\003098\00386\00884795.docx